**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Allen Paving & Construction, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA Paver Solutions |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4757041 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

4. **Debtor's address**

**Principal place of business**

7900 46th Ave N.
Saint Petersburg, FL 33709
Number, Street, City, State & ZIP Code

Pinellas
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    www.paversolutions.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Allen Paving & Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

1799

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | Allen Paving & Construction, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Allen Paving & Construction, LLC
         _____         Case number (*if known*)  _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 18, 2025
               _____
               MM / DD / YYYY

**X** /s/  Aaron Allen
_____          Aaron Allen
Signature of authorized representative of debtor    _____
                                                    Printed name

Title    Member
         _____

**18. Signature of attorney**

**X** /s/ Shawn M. Yesner
_____          Date   April 18, 2025
Signature of attorney for debtor                          _____
                                                          MM / DD / YYYY

Shawn M. Yesner 0155225
_____
Printed name

Yesner Law, PL
_____
Firm name

2753 State Road 580, Suite 106
Clearwater, FL 33761
_____
Number, Street, City, State & ZIP Code

Contact phone    ((81) 3) -774-x5737        Email address   shawn@yesnerlaw.com
                 _____                   _____

0155225 FL
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Allen Paving & Construction, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.**   **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.**   **Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.**   **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 18, 2025      **X** /s/   Aaron Allen
                                     Signature of individual signing on behalf of debtor

                                       Aaron Allen
                                       Printed name

                                       Member
                                       Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | Allen Paving & Construction, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aaron Allen 1407 Lenton Rose Court New Port Richey, FL 34655 | | Loan From Member | | | | $94,846.00 |
| AMUR Equipment Finance PO Box 911685 Denver, CO 80291 | | 18 APC Dumpsters | | $121,398.79 | $100,000.00 | $21,398.79 |
| Bank of America PO Box 15796 Wilmington, DE 19886 | | Line of Credit | | | | $94,219.80 |
| Bank of America PO Box 15796 Wilmington, DE 19886 | | Credit card purchases | | | | $21,420.12 |
| BankUnited 7815 NW 148th Street Hialeah, FL 33016 | | Credit card purchases | | | | $334,847.00 |
| BankUnited 7815 NW 148th Street Hialeah, FL 33016 | | Building located at 7900 46th Ave. N., St. Petersburg, FL 33709, owned by Lucy Street Holdings, LLC | | $328,938.88 | $0.00 | $328,938.88 |
| BankUnited 7815 NW 148th Street Hialeah, FL 33016 | | Commercial Loan | | | | $224,787.24 |
| BankUnited 7815 NW 148th Street Hialeah, FL 33016 | | Commercial Loan | | | | $183,882.30 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   Allen Paving & Construction, LLC
_____
         Name

Case number *(if known)*   _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BankUnited 7815 NW 148th Street Hialeah, FL 33016 | | 2022 Ford F150 | | $53,835.70 | $50,000.00 | $3,835.70 |
| Bluevine Capital 401 Warren St., Suite 300 Redwood City, CA 94063 | | Business Loan | | | | $24,535.02 |
| Ford Motor Credit PO Box 35910 Cleveland, OH 44135 | | 2023 Ford Lightning XLT | | $54,624.17 | $37,000.00 | $17,624.17 |
| Ford Motor Credit PO Box 35910 Cleveland, OH 44135 | | 2023 Ford Lightning XLT | | $53,649.27 | $37,000.00 | $16,649.27 |
| Ford Motor Credit PO Box 35910 Cleveland, OH 44135 | | 2023 Ford Lightning Pro | | $41,862.62 | $38,000.00 | $3,862.62 |
| GM Financial PO Box 183581 Arlington, TX 76096 | | 2020 Chevy Bolt (White) | | $23,526.31 | $13,000.00 | $10,526.31 |
| GM Financial PO Box 183581 Arlington, TX 76096 | | 2020 Chevy Bolt (Black) | | $22,132.47 | $13,000.00 | $9,132.47 |
| Lester Allen 7832 93rd St N. Seminole, FL 33777 | | Loan From Member | | | | $311,000.00 |
| PNC Equipment Finance 655 Business Center Dr Horsham, PA 19044 | | Bobcat T76 | | $79,320.93 | $75,000.00 | $4,320.93 |
| PNC Equipment Finance 655 Business Center Dr Horsham, PA 19044 | | Bobcat Mini Excavator E20 | | $42,015.64 | $25,000.00 | $17,015.64 |
| Western Equipment Finance PO Box 640, 503 Highway 2 West Devils Lake, ND 58301 | | Toro Ultra Buggy 2500TS | | $29,409.73 | $25,000.00 | $4,409.73 |
| WEX PO Box 639 Portland, ME 04104 | | Fuel Purchase Card | | | | $2,216.00 |

**Fill in this information to identify the case:**

Debtor name      Allen Paving & Construction, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $ _____892,619.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $ _____892,619.05

---

**Part 2:    Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____1,112,424.31

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____1,293,707.17

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $ _____2,406,131.48

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Allen Paving & Construction, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BankUnited | Business Checking | 3040 | $2,139.45 |
| 3.2. | Bank of America | Business Checking | 1011 | $6,708.47 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $8,847.92

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Allen Paving & Construction, LLC                          Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 55,876.13 | - | 0.00 = .... | $55,876.13 |
| | face amount | | doubtful or uncollectible accounts | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

$55,876.13

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** Raw materials are specific to each job, and not purchased until the customer hires the company for the job. Some generic raw materials are on hand - base material, like concrete and sand. | | $0.00 | | $45,000.00 |
| Paver Sealer | | $0.00 | Purchase Price | $5,000.00 |
| **20.    Work in progress** Projects currently in process | | $0.00 | Contract Price | $37,195.00 |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

**23.    Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

$87,195.00

24.     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Allen Paving & Construction, LLC                    Case number *(If known)* _____
          Name

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Desks, Office Chairs, conference table, marketing materials (paper, pens, various promotional products) | $0.00 | | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers (7 computers used in the business), 10 monitors, printer, Ice Machine | $0.00 | | $8,700.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | | | $13,700.00 |
|---|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2019 Ford F550 Flatbed | $0.00 | Kelly Blue Book | $35,000.00 |
| 47.2. | 2022 Ford F150 | $0.00 | Kelly Blue Book | $50,000.00 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Allen Paving & Construction, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.3. | 2023 Ford F150 XL | $0.00 | | $39,000.00 |
| 47.4. | 2023 Ford Lightning Pro | $0.00 | Kelly Blue Book | $38,000.00 |
| 47.5. | 2023 Ford Lightning XLT | $0.00 | | $37,000.00 |
| 47.6. | 2023 Ford Lightning XLT | $0.00 | Kelly Blue Book | $37,000.00 |
| 47.7. | Bobcat T740 | $0.00 | | $40,000.00 |
| 47.8. | Bobcat T76 | $0.00 | | $75,000.00 |
| 47.9. | Bobcat Mini Excavator E20 | $0.00 | | $25,000.00 |
| 47.10. | Toro Ultra Buggy 2500TS | $0.00 | | $25,000.00 |
| 47.11. | 2020 Chevy Bolt (White) | $0.00 | | $13,000.00 |
| 47.12. | 2020 Chevy Bolt (Black) | $0.00 | | $13,000.00 |
| 47.13. | 2019 Freightliner Rolloff Truck & 10 Dumpsters | $0.00 | | $200,000.00 |
| 47.14. | 18 APC Dumpsters | $0.00 | | $100,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.    Copy the total to line 87.

    | $727,000.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    Allen Paving & Construction, LLC                                    Case number *(If known)* _____
          Name

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Paver Solutions Trademark | $0.00 | | Unknown |
| 61. **Internet domain names and websites**<br>www.paversolutions.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                              | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Allen Paving & Construction, LLC | Case number *(If known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,847.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $55,876.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $87,195.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $727,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $892,619.05 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $892,619.05 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Allen Paving & Construction, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1  AMUR Equipment Finance**<br>Creditor's Name<br><br>PO Box 911685<br>Denver, CO 80291<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 3617<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>18 APC Dumpsters<br><br><br>**Describe the lien**<br>Equipment Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121,398.79 | $100,000.00 |
| **2.2  BankUnited**<br>Creditor's Name<br><br>7815 NW 148th Street<br>Hialeah, FL 33016<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>August 8, 2023<br>**Last 4 digits of account number** 6558<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Building located at 7900 46th Ave. N., St. Petersburg, FL 33709, owned by Lucy Street Holdings, LLC<br><br>**Describe the lien**<br>First Mortgage<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328,938.88 | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Allen Paving & Construction, LLC**                Case number (if known) _____
          Name

| 2.3 | BankUnited | Describe debtor's property that is subject to a lien | $17,641.65 | $35,000.00 |

**2.3** BankUnited
Creditor's Name

7815 NW 148th Street
Hialeah, FL 33016
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
August 8, 2023
**Last 4 digits of account number**
6560
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $17,641.65    $35,000.00
2019 Ford F550 Flatbed

**Describe the lien**
Security Agreement
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** BankUnited
Creditor's Name

7815 NW 148th Street
Hialeah, FL 33016
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
August 8, 2023
**Last 4 digits of account number**
6562
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $53,835.70    $50,000.00
2022 Ford F150

**Describe the lien**
Security Agreement
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Ford Motor Credit
Creditor's Name

PO Box 35910
Cleveland, OH 44135
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7622
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**        $37,126.38    $39,000.00
2023 Ford F150 XL

**Describe the lien**
Vehicle Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor    Allen Paving & Construction, LLC
_____
Name

Case number (if known) _____

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $41,862.62 | $38,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Ford Lightning Pro

PO Box 35910
Cleveland, OH 44135
Creditor's mailing address

**Describe the lien**
Vehicle Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7993

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $54,624.17 | $37,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Ford Lightning XLT

PO Box 35910
Cleveland, OH 44135
Creditor's mailing address

**Describe the lien**
Vehicle Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1795

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $53,649.27 | $37,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Ford Lightning XLT

PO Box 35910
Cleveland, OH 44135
Creditor's mailing address

**Describe the lien**
Vehicle Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1878

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Allen Paving & Construction, LLC                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | GM Financial | Describe debtor's property that is subject to a lien | $23,526.31 | $13,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Chevy Bolt (White)

PO Box 183581
Arlington, TX 76096
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4012

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 0 | GM Financial | Describe debtor's property that is subject to a lien | $22,132.47 | $13,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Chevy Bolt (Black)

PO Box 183581
Arlington, TX 76096
Creditor's mailing address

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
5619

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | JB&B Capital | Describe debtor's property that is subject to a lien | $200,000.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name
109 S. Northshore Dr., Suite 200
Knoxville, TN 37919
Creditor's mailing address

2019 Freightliner Rolloff Truck & 10 Dumpsters

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Allen Paving & Construction, LLC                          Case number (if known) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>3001 | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.1 2**

PNC Equipment Finance
_____
Creditor's Name

655 Business Center Dr
Horsham, PA 19044
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3949

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Bobcat T76

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$79,320.93     $75,000.00

---

**2.1 3**

PNC Equipment Finance
_____
Creditor's Name

655 Business Center Dr
Horsham, PA 19044
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4176

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Bobcat Mini Excavator E20

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$42,015.64     $25,000.00

---

**2.1 4**

Wells Fargo
_____
Creditor's Name

PO Box 105743
Atlanta, GA 30348

**Describe debtor's property that is subject to a lien**
Bobcat T740

$6,941.77     $40,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    Allen Paving & Construction, LLC      Case number (if known) _____

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>Vehicle Loan |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>0003 | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.15 | Western Equipment Finance | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Toro Ultra Buggy 2500TS | $29,409.73    $25,000.00 |
| | PO Box 640, 503 Highway 2 West<br>Devils Lake, ND 58301 | | |
| | Creditor's mailing address | **Describe the lien**<br>Vehicle Loan | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number**<br>3151 | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,112,424.31

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _2.2_ | |
| Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _2.3_ | |
| Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _2.4_ | |

---

**Fill in this information to identify the case:**

Debtor name ___Allen Paving & Construction, LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aaron Allen<br>1407 Lenton Rose Court<br>New Port Richey, FL 34655 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,846.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _October 2023_ | **Basis for the claim:** _Loan From Member_ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,219.80 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Line of Credit_ |  |
|  | **Last 4 digits of account number** _5843_ | Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,420.12 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit card purchases_ |  |
|  | **Last 4 digits of account number** _8742_ | Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>BankUnited<br>7815 NW 148th Street<br>Hialeah, FL 33016 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224,787.24 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _August 8, 2023_ | **Basis for the claim:** _Commercial Loan_ |  |
|  | **Last 4 digits of account number** _6563_ | Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>BankUnited<br>7815 NW 148th Street<br>Hialeah, FL 33016 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $183,882.30 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _August 8, 2023_ | **Basis for the claim:** _Commercial Loan_ |  |
|  | **Last 4 digits of account number** _7252_ | Is the claim subject to offset?   ☒ No   ☐ Yes |  |

Debtor    Allen Paving & Construction, LLC                                    Case number (if known) _____
          _____
          Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334,847.00 |
|---|---|---|---|

BankUnited
7815 NW 148th Street
Hialeah, FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _August_

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,535.02 |
|---|---|---|---|

Bluevine Capital
401 Warren St., Suite 300
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Business Loan_

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,000.00 |
|---|---|---|---|

Lester Allen
7832 93rd St N.
Seminole, FL 33777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Loan From Member_

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,953.69 |
|---|---|---|---|

Waste Connections
11500 43rd St N.
Clearwater, FL 33762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trash Collection_

**Last 4 digits of account number** _9717_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,216.00 |
|---|---|---|---|

WEX
PO Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Fuel Purchase Card_

**Last 4 digits of account number** _2554_

Is the claim subject to offset? ☒ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _3.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _3.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Lorium Law<br>101 N.E. 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    Allen Paving & Construction, LLC
           Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 1,293,707.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,293,707.17 |

**Fill in this information to identify the case:**

Debtor name    Allen Paving & Construction, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement |
| State the term remaining | 9 years - lease expires April 30, 2034 |
| List the contract number of any government contract | N/A |

Lucy Street Holdings, LLC
7900 46th Ave N.
Saint Petersburg, FL 33709

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name __Allen Paving & Construction, LLC__ |
| United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Aaron Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |
| 2.2 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☐ D _____ ☒ E/F __3.4__ ☐ G _____ |
| 2.6 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☐ D _____ ☒ E/F __3.5__ ☐ G _____ |

Debtor   Allen Paving & Construction, LLC                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Aaron Allen and Joan E. Allen | 1407 Lenton Rose Court New Port Richey, FL 34655 | BankUnited | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |
| 2.8 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☐ D _____ ☒ E/F ___3.4___ ☐ G _____ |
| 2.12 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☐ D _____ ☒ E/F ___3.5___ ☐ G _____ |
| 2.13 | Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N. Seminole, FL 33777 | BankUnited | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |
| 2.14 | Lucy Street Holdings, LLC | 7900 46th Ave North Saint Petersburg, FL 33709 | BankUnited | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Allen Paving & Construction, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $634,285.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $2,453,526.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,939,736.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Allen Paving & Construction, LLC                        Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | | $8,259.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Setoff |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Aaron Allen<br>1407 Lenton Rose Court<br>New Port Richey, FL 34655<br>Owner | Various between April 2024 and Petition Date | $41,375.13 | Reimbursement for loan made to the Debtor, and reimbursement for Auto & Cell phone |
| 4.2.  Lester Allen<br>7832 93rd St N.<br>Seminole, FL 33777<br>Owner | Monthly | $15,600.00 | Utility Reimbursement & Reimbursement of a loan made to Debtor |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | Creditor deducted payment from Debtor's Bank of America Business Checking Account<br>Last 4 digits of account number:  5843 | 4/4/2025 | $8,259.52 |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   Allen Paving & Construction, LLC           Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BankUnited N.A. v. Allen Paving & Construction, LLC, et. al.<br>25-001408-CI | Foreclosure, Breach of Contract, Replevin, Assignment of Rents, | Sixth Judicial Circuit Court, Pinellas County, Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Fence damaged during Hurricanes Helene & Milton | No payments received from insurance | Hurricane Helene & Milton | $5,000.00 |
| 2020 Ford F350 | $37,145.57 | September 2024 | $38,145.57 |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Allen Paving & Construction, LLC                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Yesner Law, PL 2753 State Road 580, Suite 106 Clearwater, FL 33761 | Attorney Fee & Filing Cost | 2/14/2025 | $15,000.00 |
| | **Email or website address** shawn@yesnerlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Car Max 2550 Roosevelt Blvd. Saint Petersburg, FL 33706 | 2019 Ford F350 - VIN Ending 0972 | 2/6/2025 | $26,000.00 |
| | **Relationship to debtor** None | | | |
| 13.2. | Auto Nation Honda 17275 US Highway 19 N Clearwater, FL 33764 | 2020 Ford F350 - Last 4 of VIN 0203 | January / February 2025 | $20,000.00 |
| | **Relationship to debtor** None | | | |
| 13.3. | Ricardo de Oliveira 3139 Greenacres Ave. Largo, FL 33771 | 2004 Chevy 3500 Dump Truck | July 22, 2024 | $1,300.00 |
| | **Relationship to debtor** None | | | |
| 13.4. | Christopher Mallory Jernigan 21475 Snow Hill Drive Brooksville, FL 34601 | 2022 RPM 20 x 8 e-trailer Dump Trailer | November 8, 2024 | $14,999.99 |
| | **Relationship to debtor** None | | | |

Debtor   Allen Paving & Construction, LLC                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | Code 15 Transport 6717 298th Ave N. Clearwater, FL 33761 | 2006 Chevy 3500 Dump Truck | August 22, 2024 | $500.00 |
| | **Relationship to debtor** None | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Name, Email Address, Home Address & Phone Number.   NO social security numbers are collected.

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    Allen Paving & Construction, LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America PO Box 15796 Wilmington, DE 19886 | XXXX-4749 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | October 2024 - Account was closed because of fraudulent activity. All money transferred to accounts disclosed on Schedule B. | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Vacant Lot 3999 118th Avenue North Clearwater, FL 33762 | Aaron Allen, Company GM, Company Drivers | Dumpsters | ☐ No ☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    Allen Paving & Construction, LLC _____    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Miles & Thirion<br>2050 Proctor Rd.<br>Sarasota, FL 34231 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒  None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐  None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Allen Paving & Construction, LLC _____   Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.1. | BankUnited<br>7815 NW 148th Street<br>Hialeah, FL 33016 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aaron Allen | 1407 Lenton Rose Court<br>New Port Richey, FL 34655 | Member | 85 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lester F. Allen Jr. and Mary J. Allen | 7832 93rd St N.<br>Seminole, FL 33777 | Member | 15 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    Allen Paving & Construction, LLC        Case number *(if known)* _____

**Part 14:**   **Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 18, 2025 _____

/s/   Aaron Allen _____      Aaron Allen _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re  Allen Paving & Construction, LLC

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Aaron Allen<br>1407 Lenton Rose Court<br>New Port Richey, FL 34655 | | | 85% Ownership Interest |
| Lester F. Allen Jr. and Mary J. Allen<br>7832 93rd St N.<br>Seminole, FL 33777 | | | 15% Ownership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  April 18, 2025

Signature  /s/ Aaron Allen

Aaron Allen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    Allen Paving & Construction, LLC                              Case No. _____
                                        Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 18, 2025                  /s/  Aaron Allen
                                         Aaron Allen/Member
                                         Signer/Title

Shawn M. Yesner
2753 State Road 580, Suite 106
Clearwater, FL 33761


Aaron Allen
1407 Lenton Rose Court
New Port Richey, FL 34655


Aaron Allen and Joan E. Allen
1407 Lenton Rose Court
New Port Richey, FL 34655


AMUR Equipment Finance
PO Box 911685
Denver, CO 80291


Bank of America
PO Box 15796
Wilmington, DE 19886


BankUnited
7815 NW 148th Street
Hialeah, FL 33016


Bluevine Capital
401 Warren St., Suite 300
Redwood City, CA 94063


Ford Motor Credit
PO Box 35910
Cleveland, OH 44135


GM Financial
PO Box 183581
Arlington, TX 76096


JB&B Capital
109 S. Northshore Dr., Suite 200
Knoxville, TN 37919


Lester Allen
7832 93rd St N.
Seminole, FL 33777


Lester F. Allen Jr. and Mary J. Allen
7832 93rd St N.
Seminole, FL 33777


Lorium Law
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301


Lucy Street Holdings, LLC
7900 46th Ave North
Saint Petersburg, FL 33709

PNC Equipment Finance
655 Business Center Dr
Horsham, PA 19044


Waste Connections
11500 43rd St N.
Clearwater, FL 33762


Wells Fargo
PO Box 105743
Atlanta, GA 30348


Western Equipment Finance
PO Box 640, 503 Highway 2 West
Devils Lake, ND 58301


WEX
PO Box 639
Portland, ME 04104

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   Allen Paving & Construction, LLC

Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $ _____ 15,000.00

   Prior to the filing of this statement I have received ........................................ $ _____ 15,000.00

   Balance Due ..................................................................................................... $ _____ 0.00

2.  The source of the compensation paid to me was:

   ☒ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☒ Debtor       ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   April 18, 2025
   _Date_

   /s/ Shawn M. Yesner
   Shawn M. Yesner 0155225
   _Signature of Attorney_
   Yesner Law, PL
   2753 State Road 580, Suite 106
   Clearwater, FL 33761
   ((81) 3) -774-x5737   Fax: ((81) 3) -344-x0950
   shawn@yesnerlaw.com
   _Name of law firm_

---